HANNAH LAZEAR, Appellant, *v.* MARTHA ANN SLY, Respondent.

(Argued December 10, 1884; decided January 20, 1885.)

*M. H. Hirschberg* for appellant.

*Henry Bacon* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., not voting.
Judgment affirmed.

---

HENRY VAN GELDER et al., Appellants, *v.* JAMES H. PRENTICE, Respondent.

(Argued December 10, 1884 ; decided January 20, 1885.)

*E. W. Paige* for respondent.

*C. Bainbridge Smith* for appellants.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.